**Order filed April 26, 2016**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00433-CR
_____

### MICHAEL JAMES PERRY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 232nd District Court
Harris County, Texas
Trial Court Cause No. 1421833**

### ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit #3 (DVD).**

The clerk of the 232nd District Court is directed to deliver to the Clerk of this court the original of State's Exhibit #3 (DVD), on or before **May 4, 2016.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit #3 (DVD), to the clerk of the 232nd District Court.

PER CURIAM